UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN MENDOZA MARTINEZ,

    Defendant.

Case No. CR12-148-JCC

**DETENTION ORDER**

Offenses charged:

    Conspiracy to Commit Ban, Wire and Mail Fraud,
    Bank Fraud
    Wire Fraud, and
    Mail Fraud

Date of Detention Hearing: June 6, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is a citizen of Mexico and has strong ties there. The government proffered

DETENTION ORDER - 1

defendant played a leadership role in a 22 million dollar fraud scheme. He has a criminal history and has been arrested for burglary, drunk driving, driving without a license and other offenses. He has twice failed to appear for past court appearances and warrants for his arrest were issued. The government also proffered that he has on more than one occasion threatened witnesses in the case.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge